

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | | No. 08-14-00014-CR |
| | § | |
| State, | | Appeal from the |
| | § | |
| v. | | 171st District Court |
| | § | |
| PHILLIP ANDREW FRIAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20130D03266) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **February 11, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before February 11, 2015.

IT IS SO ORDERED this 30th day of December, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.